CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Luis Hernandez-Enriquez**<br>YOB: 1992; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-01461MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about January 24, 2022, at or near Sells, in the District of Arizona, **Juan Luis Hernandez-Enriquez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 13, 2013, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about January 21, 2022, at or near Sasabe, in District of Arizona, **Juan Luis Hernandez-Enriquez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Juan Luis Hernandez-Enriquez** is a citizen of Mexico. On September 13, 2013, **Juan Luis Hernandez-Enriquez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On January 24, 2022, agents found **Juan Luis Hernandez-Enriquez** in the United States at or near Sells, Arizona without the proper immigration documents. **Juan Luis Hernandez-Enriquez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Juan Luis Hernandez-Enriquez** admitted to illegally entering the United States of America from Mexico on or about January 21, 2022, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>SJP/AJC<br>AUTHORIZED AUSA /s/Sarah Precup | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 25, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54